# Exhibit 4

David Holmes
Capital Development, LLC
817 S. Broadway / Suite 200
Baltimore, Md 21231
(410) 522-0502

February 17th 2009

Re: Contract of Sale on June 17th 2008 "Gateway at Washington Hill"

Dear Mr. Blume and Mr. Perlow:

In response to Mr. Tatum's letter dated February 16th 2009, I understand that JLB Partners, LLC has decided to terminate our Contract of Sale on the Washington Hill site. I however disagree with their request to have their deposit returned and would ask you NOT to return the Earnest Money deposit and all interest earned.
Please do not hesitate to contact me if you have any questions.

Thank you,

*Dave Holmes*

**EXHIBIT 4**