IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

JLB REALTY, LLC     )
          )
    Plaintiff,   )  Case No. 1:09-cv-00632-BEL
v.         )
          )
CAPITAL DEVELOPMENT, LLC  )
          )
    Defendant.   )
_____)


LIST OF EXHIBITS TO THE MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT


1.  Contract.

2.  First Amendment to Contract.

3.  Photos of Washington Hill area and parcels.

4.  1972 Land Disposition Agreement.

5.  2002 Deed and Deed of Trust.

6.  Excerpts from September 10, 2009 Deposition Transcript of Dave Holmes.

7.  July 15, 2008 e-mail communication of Ben Kerschberg, Esquire.

8.  August 15, 2008 letter of John Inabett, Esquire.

9.  August 21, 2008 email correspondence of Barry Greenberg, Esquire.

10.  Baltimore City Ordinance 04-859.

11.  Earlier 2006 draft of possible amendment to LDA.

12.  October 15, 2008 email of Stanley Fine, Esquire.

13.  Excerpts from October 6, 2009 Deposition Transcript of Gary Plichta.

14.     December 30, 2008 email between JLB personnel and title company.

15.     January 29, 2009 correspondence from Gary Plichta.

16.     January 21, 2009 email from Dave Holmes to Andy Frank.

17.     Draft proposed Second Amendment paperwork.

18.     January 26, 2009 JLB weekly report.

19.     February 19, 2009 email from Dave Holmes to Tina King.

20.     February 16, 2009 correspondence from David Tatum, Esquire.

21.     February 17, 2009 letter from Capital Development to title companies.

22.     Document dated June 17, 2009 and titled First Amendment to Land Disposition
        Agreement.

23.     August 26, 2008 correspondence from Barry Greenberg, Esquire.


Dated:  November 9, 2009

                                                    / s /

                                    _____
                                    John T. Prisbe
                                    Gregory T. Wasylak
                                    Venable LLP
                                    750 East Pratt Street, Suite 900
                                    Baltimore, Maryland  21202
                                    (410) 244-7400 (telephone)
                                    (410) 244-7742 (facsimile)

                                    Attorneys for Plaintiff JLB Realty, LLC

BA2DOCS1\#377430v1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 9th day of November 2009, a copy of a

"List of Exhibits to the Memorandum in Support of Plaintiff's Motion for Summary

Judgment" was served by the court's electronic filing system upon:

> Alan J. Hoff, Esquire
> Selman Hoff, LLC
> 201 North Charles Street,  Suite 1331
> Baltimore, Maryland  21201
> (410) 659-0077 (telephone)
> (410) 332-1746 (facsimile)
> Attorneys for Defendant Capital Development, LLC

/ s /

_____

John T. Prisbe