# EXHIBIT 3

## LOCATION MAP

Map of Baltimore showing the location of The Gateway at Washington Hill, with callouts for:
- The Gateway at Washington Hill
- East Baltimore Bio-Tech Phase I
- Johns Hopkins Hospital

Neighborhoods and landmarks labeled include: Patterson Park, Canton, Butchers Hill, Washington Hill, Fell's Point, Mount Vernon Cultural District, City Center, Municipal Center, Historic Jonestown, Little Italy, Harbor East, Inner Harbor, Federal Hill, Otterbein, South Baltimore.





SURROUNDING DEVELOPMENT

THE GATEWAY

PAGE 18