IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JLB REALTY, LLC

    Plaintiffs

v.

    Case No.: 1:09-cv-00632-BEL

CAPITAL DEVELOPMENT, LLC

    Defendant

\* \* \* \* \* \* \* \* \* \* \* \*

LIST OF EXHIBITS TO THE DEFENDANT'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1. City of Baltimore Ordinance 04-859 – Council Bill 04-1420

2. Excerpts from October 6, 2009 Deposition Transcript of Gary Plichta.

3. Excerpts from September 10, 2009 Deposition Transcript of Dave Holmes.

4. August 21, 2008 email from Gary Plichta to Bay Miltenberger; Glen Jones; Paul Johnston; Rob Grovenstein, Brian Dusek; Tim Pae; and Ben Kerschberg

5. January 23, 2009 email from Dave Holmes to Peter Engel, Assistant Commissioner, Project Finance & Development (City of Baltimore); Stephen Janes, Assistant Commissioner, Strategic Plgn & Resources; Paul Graziano, Stanley Fine and Tina King

6. January 28, 2009 correspondence from Dave Holmes to Commissioner Graziano

7. Excerpts from August 14, 2009 Deposition Transcript of Paul Johnston

8. January 29, 2009 correspondence from Gary Plichta to Dave Holmes, Tina King, and Capital Development, LLC

9. February 13, 2009 email from Gary Plichta to Dave Holmes

10. January 19, 2009 email from Gary Plichta to Tim Pae and Ben Kerschberg

11. January 23, 2009 email from Gary Plichta to David M. Tatum and Ben Kerschberg

12. February 11, 2009 email from Dave Holmes to Gary Plichta (1:08 p.m.)

13. February 11, 2009 email from Dave Holmes to Gary Plichta (2:08 p.m.)

14. February 16, 2009 email from Gary Plichta to Ben Kerschberg

Dated: December 10, 2009

                                            Respectfully submitted,

                                            _____/s/_____
                                            Alan J. Hoff, Esquire
                                            Federal Bar No: 03261
                                            Sellman Hoff, LLC
                                            201 North Charles Street
                                            Suite 1331
                                            Baltimore, Maryland 21201
                                            Phone: (410) 332-4151
                                            Fax: (410) 332-1746
                                            Email: ahoff@sellmanhoff.com
                                            Attorney for Defendant