IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JLB REALTY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09-cv-00632-BEL |
| v. | ) | |
| | ) | |
| CAPITAL DEVELOPMENT, LLC | ) | |
| | ) | |
| Defendant. | ) | |

LIST OF EXHIBITS TO THE REPLY MEMORANDUM OF PLAINTIFF IN
FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND IN
<u>REPLY TO DEFENDANT'S RESPONSE MEMORANDUM</u>

A. Excerpts from the August 14, 2009 Deposition Transcript of JLB Realty's Paul Johnston.

B. Excerpts from October 6, 2009 Deposition Transcript of Mr. Gary Plichta.

C. Copies of drafts and exchanges of the possible second amendment produced from the files of Defendant's Attorney Barry Greenberg, including "redline" versions created in January 2009 in an effort to salvage some type of deal.

D. June 5, 2009 memorandum by Baltimore City Housing Commissioner Graziano to the Baltimore City Board of Estimates addressing the proposed first amendment to the LDA.

E. Recorded copy of the June 17, 2009 First Amendment to the LDA; recorded in the Baltimore City land records on October 9, 2009.
.
F. January 14, 2009 e-mail by Capital Development's Tina King to Capital Development's David Holmes.

G. Copy of October 7, 2009 e-mail by PNC Bank's Allen Hellerman regarding June 19, 2009 wire transfers by entities named Chapel Site LLC and Chapel Project LLC.

H. Invoices connected with charges of Attorneys Barry Greenberg and Stanley Fine.

- 2 -

I.   Unsigned January 28, 2009 letter by Mr. Holmes to City personnel reflecting, *inter alia*, closing with Plaintiff may not occur and providing different payment terms in that event.

Dated:  December 30, 2009

/ s /

_____
John T. Prisbe
Gregory T. Wasylak
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21202
(410) 244-7400 (telephone)
(410) 244-7742 (facsimile)

Attorneys for Plaintiff JLB Realty, LLC

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December 2009, a copy of a "List of Exhibits to the Reply Memorandum of Plaintiff in Further Support of Plaintiff's Motion for Summary Judgment and in Reply to Defendant's Response Memorandum" was served by the court's electronic filing system upon:

> Alan J. Hoff, Esquire
> Selman Hoff, LLC
> 201 North Charles Street, Suite 1331
> Baltimore, Maryland 21201
> (410) 659-0077 (telephone)
> (410) 332-1746 (facsimile)
> Attorneys for Defendant Capital Development, LLC

/ s /
_____
John T. Prisbe

- 3 -

BA2DOCS1\#377430v1